**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RONALD C. GREENLAND,

                      Plaintiff,

   -against-                               22 **CIVIL** 4974 (KMK)

                                                **JUDGMENT**

UNITED STATES OF AMERICA,

                      Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 29, 2025, the Court has dismissed Plaintiff's claims against the United States for failure to state a claim on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       October 30, 2025

                                               **TAMMI M. HELLWIG**
                                               _____
                                                   **Clerk of Court**

                               **BY:**       K. Mango
                                                 _____
                                                    **Deputy Clerk**